**RECEIVED BY MAIL**
**AUG 8 2011**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

**LAW DEPARTMENT**
**PATRICIA A. HAGEMAN**
**CITY COUNSELOR**
314 CITY HALL
1200 MARKET STREET
SAINT LOUIS, MO 63103-2864
(314) 622-3361
Facsimile (314) 622-4956

DEPUTY CITY COUNSELORS
NANCY R. KISTLER
MICHAEL A. GARVIN

ASSOCIATES
JOSEPH R. NIEMANN
FRANCIS M. OATES
KATHLEEN G. TANNER
DONALD G. DYLEWSKI
LESLYE E. MITCHELL-YANCEY
MARIBETH MCMAHON
THOMAS R. MCDONNELL
MATTHEW M. MOAK
SUSAN L. PHELPS
CRAIG K. HIGGINS
THOMAS J. GOEDDEL
RAYMOND B. FLOJO

ASSISTANTS
PATRICIA L. WENDLING
JACQUELINE D. HARRIS
PAUL R. DIEKHOFF
ALAN R. SCHMIDT
DANIEL J. EMERSON
BARBARA E. BIRKICHT
THOMAS S. GLEDITSCH
DREW A. HEFFNER
ROBERT M. HIBBS
REBECCA WRIGHT
RICHARD F. SYKORA
CHRISTINE HODZIC
DAVID A. MEYER
SHARON M. STONE
J. BRENT DULLE
AMANDA M. JENNINGS
ERIKA ZAZA
SANDRA ZAMBRANA
RICHARD L. KISMER
JUSTIN R. HARMON
RORY P. O'SULLIVAN



**FRANCIS G. SLAY**
MAYOR

August 5, 2011

James G. Woodward
Clerk of Court
United States District Court
Eastern District of Missouri
111 S. 10th Street
St. Louis, MO 63102

Re: Arnold v. St. Louis Metropolitan Police Department, et al.,
Case No. 4:11-CV1155CDP

Dear Mr. Woodward:

In response to your letter dated August 1, 2011, requesting that the City Counselor waive service of process with respect to the St. Louis Metropolitan Police Department Board of Police Commissioners, Board of Police Commissioners Bettye Battle-Turner, Richard Gray, Michael L. Gerdine and Francis G. Slay, please be advised, that the named entity is a separate entity from the City of St. Louis and that this office is not authorized to accept, or waive, service on its behalf. Further, the individual defendants are apparently being sued in their capacities as members of the Board of Police Commissioners and, therefore, we are unable to accept, or waive, service on their behalves.

Please feel free to contact me if you have any questions.

Very truly yours,

Nancy R. Kistler
Deputy City Counselor

NRK/nrk